IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 05-cv-02330-WDM-BNB

RHONDA DAVIS,

Plaintiff,

v.

EGG & I WILLOW STATION, INC.,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. At that conference, the defendant informed me that the correct name of the defendant is Egg & I Willow Station, Inc. Accordingly, on the oral motion of the defendant, which is not opposed,

IT IS ORDERED that the case caption is modified to reflect that the defendant is Egg & I Willow Station, Inc. All future pleadings shall bear the caption indicated above.

Dated January 25, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge