IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02330-WDM-BNB

RHONDA DAVIS,

Plaintiff,

v.

EGG & I WILLOW STATION, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Hearing** [docket no. 17, filed May 23, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set for May 31, 2006, is VACATED.

IT IS FURTHER ORDERED that the Motion to Amend Answer [docket no. 13, filed May 2, 2006] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **June 7, 2006**, or a status report addressing why dismissal has not been accomplished.

DATED:  May 24, 2006